USCA1 Opinion

 

 July 29, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2369 LIONEL A. LALIBERTE, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Edward F. Harrington, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Lionel Laliberte on brief pro se. ________________ Donald K. Stern, United States Attorney, and Shelbey D. Wright, ________________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. Petitioner Lionel Laliberte appeals from __________ the denial of his second motion under 28 U.S.C. 2255 to vacate, set aside, or correct his sentence. To the extent he is contending that his conviction and sentence are violative of double jeopardy because of the earlier orders of forfeiture, his claim falters on the basis of United States _____________ v. Ursery, ___ S. Ct. ___, 1996 WL 340815 (June 24, 1996). ______ To the extent he is contending that his forfeited properties were improperly characterized as "proceeds" of his drug trafficking activity for purposes of 21 U.S.C. 881(a)(6), his claim has already been rejected by this court. See ___ United States v. Parcels of Land, 903 F.2d 36 (1st Cir. ______________ ________________ 1990). Nor was any such claim raised below. Accordingly, the judgment is summarily affirmed. See Loc. R. 27.1. ________ ___ -2-